*W. R. Smith,* contra.

---

8391. TIDWELL *v.* GARRICK.

LUKE, J. The plaintiff assigned no error of law in the trial of the case; and, the motion for new trial being based upon the general grounds only, and there being some evidence to authorize the verdict, this court must affirm the judgment overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JANUARY 21.—REHEARING DENIED JANUARY 31, 1917.

Eviction; from Meriwether superior court—Judge R. W. Freeman. December 26, 1916.

*H. A. Allen,* for plaintiff.

*N. F. Culpepper, J. F. Hatchett,* for defendant.